JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG BREVOORT, an individual, | CASE NO.:  2:20-cv-05432-SPG-PVC |
| Plaintiff (s), | **ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| G4S SECURE SOLUTIONS (USA) INC. a Florida Corporation, and DOES 1-50, inclusive, | Courtroom:    5C |
| | District:      Hon. Sherilyn Peace Garnett |
| Defendant(s). | Magistrate:   Hon.  Pedro V. Castillo |
| | Pretrial Conference:   February 8, 2023 |
| | Trial:                          February 21, 2023 |

The Court has reviewed the stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Greg Brevoort's action against Defendant, G4S Secure Solutions (USA), Inc. is hereby dismissed in its entirety with prejudice.

2. The Clerk of the Court shall close the file in this matter.

IT IS SO ORDERED:

DATED: January 9, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE